# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1022
Lower Tribunal No. 2019CA-001129

_____

STATE FARM FLORIDA INSURANCE COMPANY,

Appellant,

v.

MARVIN HESTER and DEBRA HESTER,

Appellees.

_____

Appeal from the Circuit Court for Polk County.
James A. Yancey, Judge.

January 16, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WHITE and BROWNLEE, JJ., concur.


C. Ryan Jones, Scot E. Samis, and Brandon R. Christian, of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for Appellant.

Mark A. Nation, of The Nation Law Firm, Longwood, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED